IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

WALTER BURSEY,

Defendant.                                              No. 09-30067-DRH

## ORDER

**HERNDON, Chief Judge:**

Before the Court is a Motion to Withdraw submitted by the Office of the Federal Public Defender through Defendant's counsel, Daniel G. Cronin (Doc. 15). Due to a conflict of interest, the Office of the Federal Public Defender requests leave to withdraw from this case. Based on the reasons stated in the motion, the Court **GRANTS** this motion (Doc. 15). In addition, the Court **APPOINTS** attorney John J. O'Gara as CJA counsel to represent Defendant in this matter.

**IT IS SO ORDERED.**

Signed this 5th day of August, 2009.

/s/     David R Herndon

**Chief Judge**
**United States District Court**